# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-411-559

**Effective Date of Registration:**
August 23, 2024

**Registration Decision Date:**
September 09, 2024

---

## Title

| | |
|---|---|
| Title of Work: | QUADRANGLE |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | November 20, 2023 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Glen Read Design Home, Inc. |
  | Author Created: | Fabric Pattern Weave |
  | Work made for hire: | Yes |
  | Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Kings Plush, Inc. d/b/a STI |
| | 515 Marie Street, Kings Mountain, NC, 28086, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | TREGO, HINES & LADENHEIM, PLLC |
| Name: | Matthew Jacob Ladenheim |
| Email: | copyrights@thlip.com |
| Telephone: | (704)599-8911 |
| Address: | 10224 Hickorywood Hill Ave |
| | Suite 202 |
| | Huntersville, NC 28078 |